## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **United States of America,** | **INDICTMENT** |
| **Plaintiff,** | **CRIMINAL NO. 25- 215  (GMM)**<br>**VIOLATIONS:** |
| **v.** | 18 U.S.C. § 922(g)(1) |
| **Edgar Santiago-Vazquez, AKA Mili, Militar and Ruben Miguel Torres-Reyes,** | **(Two Counts & Forfeiture Allegations)** |
| **Defendants.** | |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Felon in Possession of a Firearm
### (18 U.S.C. § 922(g)(1))

On or about April 24, 2025, in the District of Puerto Rico and within the jurisdiction of this Court,

**Edgar Santiago-Vazquez, AKA Mili, Militar,**

the defendant herein, knowing that he had been convicted previously of a crime punishable by at least one year of imprisonment, did knowingly and intentionally possess firearms and ammunition; to wit, one (1) Glock pistol, model 23, .40 caliber, serial number TPR-337, one (1) Glock pistol, model 22C, .40 caliber, serial number FZT-182, (1) black and tan multicaliber Patriot AR-15 style pistol with no serial number, one (1) black multicaliber AR-15 style pistol with no serial number, and multiple rounds of ammunition of different calibers.

## COUNT TWO
### Felon in Possession of a Firearm
### (18 U.S.C. § 922(g)(1))

On or about April 24, 2025, in the District of Puerto Rico and within the jurisdiction of this Court,

**Ruben Miguel Torres-Reyes,**

the defendant herein, knowing that he had been convicted previously of a crime punishable by at least one year of imprisonment, did knowingly and intentionally possess firearms and ammunition; to wit, one (1) Glock pistol, model 23, .40 caliber, serial number TPR-337, one (1) Glock pistol, model 22C, .40 caliber, serial number FZT-182, (1) black and tan multicaliber Patriot AR-15 style pistol with no serial number, one (1) black multicaliber AR-15 style pistol with no serial number, and multiple rounds of ammunition of different calibers.

## FIREARMS AND AMMUNITION FORFEITURE ALLEGATION
### 18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). Upon conviction of any of the offenses set forth in Counts One and Two this Indictment, the defendant herein, **Edgar Santiago-Vazquez, AKA Mili, Militar, and Ruben Miguel Torres-Reyes,** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the offense,

including one (1) Glock pistol, model 23, .40 caliber, serial number TPR-337, one (1) Glock pistol, model 22C, .40 caliber, serial number FZT-182, (1) black and tan multicaliber Patriot AR-15 style pistol with no serial number, one (1) black multicaliber AR-15 style pistol with no serial number, and multiple rounds of ammunition of different calibers.

W. Stephen Muldrow
United States Attorney

Teresa Zapata Valladares
Assistant United States Attorney
Deputy Chief, Gang Section

R. Vance Eaton
Assistant United States Attorney
Gang Section

TRUE BILL

FOREPERSON

Date: April 1-30-2025